UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD A. ECKLAND,<br><br>    Plaintiff,<br><br>v.<br><br>DUNN, et al.,<br><br>    Defendants. | Case No. 18-cv-03969-HSG (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at Mule Creek State Prison in Ione, California ("MCSP"), has filed a *pro se* complaint under 42 U.S.C. § 1983 alleging deliberate indifference to his serious medical needs at MCSP. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants reside, in the County of Amador, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: 7/17/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge